United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.55.186,

    Defendant.

No. C 15-05383 WHA

**ORDER GRANTING SEALING MOTION**

Plaintiff has moved to file under seal its amended complaint, proposed summons and return of service (Dkt. No. 18). Plaintiff's motion is hereby **GRANTED**. Plaintiff received defendant's identifying information from Comcast on March 14. Pursuant to the order regarding plaintiff's proposed procedure for effectuating service, the deadline to serve defendant is hereby extended to **APRIL 18**.

**IT IS SO ORDERED.**

Dated: March 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE